UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MATEUS JOAO MASSUBO,**

Petitioner,

v.

CIVIL ACTION NO.
26-12798-BEM

**DAVID WESLING,** *Acting Field Office Director,*
*U.S. Immigration & Customs Enforcement,*
**ANTONE MONIZ,**
*Superintendent, Plymouth County Correctional Facility,*
**TODD LYONS,** *Acting Director,*
*U.S. Immigrations and Customs Enforcement*
**MARKWAYNE MULLIN,**
*U.S. Secretary of Homeland Security,*

Respondents.

## FINAL JUDGMENT

MURPHY, D.J.

In accordance with this Court's Order (ECF #8) issued on June 24, 2026, granting in part

the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Petitioner against the Respondents.

BY THE COURT,

*/s/ Marlene Martins*

Deputy Clerk

DATED: July 6, 2026